|   |   |
|---|---|
| 1 | KEVIN V. RYAN (California State Bar No. 118321) |
|   | United States Attorney |
| 2 | JAY R. WEILL (California State Bar No. 75434) |
|   | Assistant United States Attorney |
| 3 | Chief, Tax Division |
|   | DAVID L. DENIER (California State Bar No. 95024) |
| 4 | Assistant United States Attorney |
|   | 10th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, CA 94102 |
| 6 | Telephone: (415) 436-6888 |

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA and CHANDRA ZAN, Revenue Officer, | ) ) | NO. C-04-1691-SC |
|---|---|---|
| Petitioners, | ) ) |   |
| v. | ) ) | APPLICATION AND ORDER OF DISMISSAL |
| ROGER A. CASTILLO, | ) ) |   |
| Respondent. | ) ) |   |

Petitioners United States of America and Chandra Zan hereby request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: 4/21/05

KEVIN V. RYAN
United States Attorney

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

## ORDER

Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this __22__ day of April, 2005, at San Francisco, California.

/s/ Samuel Conti
UNITED STATES DISTRICT JUDGE